IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 23-08079 |
|---|---|---|
| Ann T Todisco | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge Janet S. Baer |

NOTICE OF RESCISSION PURSUANT TO 11 U.S.C. SECTION 524(c)(4)

This notice will advise you that the reaffirmation agreement entered on July 21, 2023 into and between the Debtor(s) and Ally Bank, [docket entry 24] is hereby, rescinded pursuant to 11 U.S.C. § 524(c)(4) and that the reaffirmation executed between the parties is void. That the account number relating to this reaffirmation is; #22793189485. That the vehicle has been repossessed by the creditor for some time and the Debtor is not in possession of it.

By: /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600